JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDER LUEM, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>GREENFIELD CHURRASCARIA, INC., et al., <br><br>　　　　Defendants. | Case No. 2:23-cv-06203-MAA <br><br> **JUDGMENT** |

　　Pursuant to the Order Granting Defendants' Motion for Summary Judgment, IT IS ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants and against Plaintiffs. This action is dismissed on the merits, in its entirety, with prejudice. Plaintiffs shall take nothing from this action.

DATED: 2/7/2025

　　　　　　　　　　　　　　　　　　　　　MARIA A. AUDERO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE